# EXHIBIT "A"

## CONSISTS OF THREE PAGES

## Mail

More

COMPOSE

### R.Wilson-Spring Staffing (4182)   Inbox   x

Inbox
Starred
Important
Sent Mail
**Drafts (13)**
Priority
More

 Bob   +

**Amanda Telloni**
to Bob

Hi Bob,

Happy November and I hope all is well! What a blur this year has been. I am looking fc foods that come with the holidays.

I'm writing as spring semester is around the corner. As such, I've staffed you in the bel

PAR238 31206 1/8/18
PAR239 31221 1/8/18
PAR235 35107 1/8/18 Honors
PAR238 35109 1/8/18 Honors
PAR239 33014 3/5/18
PAR235 32768 3/5/18
PAR235 35108 3/5/18 Honors
PAR238 35110 3/5/18 Honors
PAR206 30824 3/5/18

If you wish to accept the class(es), please do the following:
1. Reply to this email with your acceptance
2. Sign and submit the adjunct faculty handbook acknowledgement form

Please click here to take you to our online adjunct acknowledgement form for Spring : to submit the form electronically.

As a Rio Salado College Adjunct, you must contact me via email and/or phone if you d

1. accept a teaching assignment at another MCCCD campus or Skill Center
2. if you have any other contract work with MCCCD and/or Rio Salado
3. if/when you accept new teaching assignments or contract throughout each seme

No Hangouts contacts
Find someone



**Click here to enable** desktop notifications for Maricopa Community College District Ma

Mail

     More



R.Wilson-Summer Staffing Notification (4184)    Inbox   x

Inbox (4)
Starred
Important
Sent Mail
Drafts (17)

**Amanda Telloni**
to Bob

Hi Bob,

Hope you're having a nice day :)

I'm writing as summer semester is already here. I wanted to let you know that you're see them populate in RioLearn on the week of 4/16:

7/2/18 PAR206 13201
4/30/18 PAR235 12721
7/2/18 PAR235 13209
4/30/18 PAR238 14089
7/2/18 PAR238 14090
4/30/18 PAR239 14097
7/2/18 PAR239 14098

Categories
  Social
  Promotions

 Bob

If you wish to accept the class(es), please do the following:
1. Reply to this email with your acceptance
2. Sign and submit the adjunct faculty handbook acknowledgement form

Please click here to take you to our online adjunct acknowledgement form for Summ password and follow the directions to submit the form electronically.

As a Rio Salado College Adjunct, you must contact me via email and/or phone if you that you teach for Rio:

1.   accept a teaching assignment at another MCCCD campus or Skill Center
2.   if you have any other contract work with MCCCD and/or Rio Salado
3.   if/when you accept new teaching assignments or contract throughout each sen

Failure to do so will jeopardize your standing in the teaching rotation.



| | |
|---|---|
| *8/20/2018*<br>*10/8/2018*<br>Gradebook<br>Roster | PAR 239 |
| *8/20/2018*<br>*10/8/2018*<br>Gradebook<br>Roster | PAR 238 |
| *8/20/2018*<br>*10/8/2018*<br>Gradebook<br>Roster | PAR 235 |
| *8/20/2018*<br>*10/8/2018*<br>Gradebook<br>Roster | PAR 206 |
| *8/20/2018*<br>*10/8/2018*<br>Gradebook<br>Roster | Two Honors Courses |
| *8/13/2018* | |